UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION


WILBERT R. HURST,

     Petitioner,

v.                                                                Case No. 5:10-cv-183-Oc-30AEP

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

     Respondents.
_____/

## **ORDER**

This case is before the Court upon Petitioner's Application for Certificate of Appealability (Doc. 28).  As stated in this Court's order denying the Petition (Doc.25), Petitioner is not entitled to a Certificate of Appealability.  It is therefore

ORDERED AND ADJUDGED that:

1.    Petitioner's application for a Certificate of Appealability (Doc. 28) is **DENIED.**

2.    Petitioner's Motions for Leave to Proceed *In Forma Pauperis* on Appeal (Docs. 29, 31) are also **DENIED**.

3.      Petitioner's Motion for an Extension of Time (Doc. 30) is **DENIED** as moot.

**DONE** and **ORDERED** in Tampa, Florida on October 7, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record